UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS V. MACLEAN,

       Petitioner,                 Case Number: 2:09-CV-12992

v.                                       HON. GERALD E. ROSEN

KENNETH T. MCKEE,

       Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated July 10, 2012, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 10 day of July, 2012.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                     BY:   Michael Williams
                               Relief Case Manager to the Honorable
                               Chief Judge Gerald Rosen

APPROVED:

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: July 10, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 10, 2012, by electronic and/or ordinary mail.

                                            s/Michael Williams
                                            Relief Case Manager to the Honorable
                                            Chief Judge Gerald Rosen